ANNE MILLIGAN, OSB #111615
Deputy City Attorney
anne.milligan@portlandoregon.gov
FALLON NIEDRIST, OSB #145146
Deputy City Attorney
fallon.niedrist@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DEPAUL INDUSTRIES, INC.**, an Oregon corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>**CITY OF PORTLAND**, a municipal corporation, and **BIKO TAYLOR**, in his official capacity as Chief Procurement Officer,<br><br>DEFENDANTS. | 3:21-cv-01792-AC<br><br>**WAIVER OF SERVICE** |

I, Anne Milligan, attorney for defendant City of Portland, having been duly authorized to do so by my client, hereby accept service of the Complaint on behalf of the City of Portland and Biko Taylor, and waive service of the Summons and Complaint in accordance with Fed. R. Civ. P. 4(d). In accordance with Fed. R. Civ. P. 4(d)(3), Defendants City of Portland and Biko Taylor will file an answer to Plaintiff's Complaint by February 13, 2022, which date is 60 days after the date on which the request for waiver of service was sent to this office by plaintiff's attorney,

///

Page  1  – WAIVER OF SERVICE

Clifford Davidson.

    Dated: December 21, 2021

                                    Respectfully submitted,

                                    ANNE MILLIGAN, OSB #111615
                                  Deputy City Attorney
                                  FALLON NIEDRIST, OSB #145146
                                  Deputy City Attorney
                                  Telephone: (503) 823-4047
                                  *Of Attorneys for Defendants*