

[Home](#) / [Browse Council Documents](#)

# 37583

Resolution

## Update the City of Portland Sustainable Procurement Policy (amend ADM-1.09)

Adopted

WHEREAS, Resolution 37483, adopted on March 25, 2020, amended the City of Portland's Sustainable Procurement Policy to include a Labor Peace Agreement requirement for janitorial, security, and industrial laundry contracts; and

WHEREAS, the City of Portland has an interest in consistent and quality services; and

WHEREAS, City bureaus and offices depend on continuous, uninterrupted, and reliable services to enable them to adequately serve the residents of Portland; and

WHEREAS, the City of Portland finds that labor-management conflict would jeopardize the City's proprietary interests as a purchaser of services by substantially interfering with the quality and consistency of services provided to the City and its residents; and

WHEREAS, service disruption would result in additional costs and otherwise avoidable expenditures of limited taxpayer funds; and

WHEREAS, the City of Portland finds that the likelihood of such labor-management conflicts interfering with the provision of services is increased if contractors do not have a labor peace agreement to avoid disruption;

NOW, THEREFORE, BE IT RESOLVED, that Procurement Services implements tools to avoid labor-management conflicts and disruptions to services, and to specifically address the high-risk industries of janitorial, security, and industrial laundry; and

BE IT FURTHER RESOLVED, that Attachment 4 to the Sustainable Procurement Policy Exhibit A is replaced with the revised Attachment 4 attached here as Exhibit 1; and

BE IT FURTHER RESOLVED, that this resolution is binding City policy and supersedes conflicting provisions of the Sustainable Procurement Policy adopted in Resolution 37483.

**Introduced by**

[Mayor Ted Wheeler](#);
[Commissioner Carmen Rubio](#);
[Commissioner Jo Ann Hardesty](#)

**Bureau**

[City Attorney](#)

**Contact**

**Fallon Niedrist**
Deputy City Attorney

✉ [Fallon.Niedrist@portlandoregon.gov](mailto:Fallon.Niedrist@portlandoregon.gov)

📞 [503-823-9189](tel:503-823-9189)
Monday- Friday. 7am - 5pm

**Requested Agenda Type**

Regular

Portland Policy Document

## Documents and Exhibits

[Exhibit 1](#)  (524.71 Kb)

## Impact Statement

### Purpose of Proposed Legislation and Background Information

To foster labor peace in city contracts for janitorial, security guard, and laundry services. This resolution will amend the existing labor peace agreement requirement for all contracts for the above listed services, leading to greater stability between contractors and their employees, and less likelihood of work stoppages.  This amendment updates the City's sustainable procurement policy.

### Financial and Budgetary Impacts

There is no direct financial impact.

### Community Impacts and Community Involvement

Businesses may be required to take additional steps in securing a labor peace agreement, but in return will have an ability to guarantee that work stoppages will not occur for the duration of the contract. This ensures continuity of services to the public provided by the City of Portland by and through its contractors

### 100% Renewable Goal

Although it is incorporated into the sustainable procurement policy this specific resolution does not impact the city's use of energy or pursuit of the 100% renewable goal.

## Agenda Items

### 648 Regular Agenda in [July 20-21, 2022 Council Agenda](#)

Adopted

Commissioner Jo Ann Hardesty Yea

Commissioner Mingus Mapps Absent

Commissioner Carmen Rubio Yea

Commissioner Dan Ryan Yea

Mayor Ted Wheeler Yea