Clifford S Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone:  503.624.6800
Facsimile:  503.624.6888

Attorneys for Plaintiff DePaul Industries, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DEPAUL INDUSTRIES, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>　　　　　Defendants. | Case No. 3:21-CV-01792-HL<br><br>STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS |

Based on the parties' stipulation below, and the Court being fully advised:

IT IS HEREBY ORDERED AND ADJUDED that this action is dismissed without prejudice as to all claims and without an award of attorney fees or costs to any party.

Dated this _____ day of May, 2023.

_____
Hon. Andrew D. Hallman
U.S. Magistrate Judge

Dated: May 11, 2023

SNELL & WILMER L.L.P.

*s/ Clifford S. Davidson*
Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com

Attorneys for Plaintiff DePaul Industries, Inc.

Dated: May 11, 2023

CITY ATTORNEY'S OFFICE

*s/ Anne Milligan*
Anne Milligan, OSB No. 111615
Deputy City Attorney
anne.milligan@portlandoregon.gov

Attorneys for Defendant City of Portland

4862-0972-5283