Clifford S Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888

Attorneys for Plaintiff DePaul Industries, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DEPAUL INDUSTRIES, INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PORTLAND, a municipal corporation,<br><br>        Defendants. | Case No. 3:21-CV-01792-HL<br><br>STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS |

Based on the parties' stipulation below, and the Court being fully advised:

IT IS HEREBY ORDERED AND ADJUDED that this action is dismissed without prejudice as to all claims and without an award of attorney fees or costs to any party.

Dated this  11th  day of May, 2023.

                                                                _____
                                                                Hon. Andrew D. Hallman
                                                                U.S. Magistrate Judge

| | |
|---|---|
| Dated: May 11, 2023 | Dated: May 11, 2023 |
| SNELL & WILMER L.L.P. | CITY ATTORNEY'S OFFICE |
| *s/ Clifford S. Davidson* | *s/ Anne Milligan* |
| Clifford S. Davidson, OSB No. 125378<br>csdavidson@swlaw.com<br>Drew L. Eyman, OSB No. 163762<br>deyman@swlaw.com | Anne Milligan, OSB No. 111615<br>Deputy City Attorney<br>anne.milligan@portlandoregon.gov |
| Attorneys for Plaintiff DePaul Industries, Inc. | Attorneys for Defendant City of Portland |

4862-0972-5283